LeCLAIR RYAN, A Professional Corporation
830 Third Avenue
New York, New York 10022
Telephone: (212) 430-8032
Facsimile: (212) 430-8062
Michael T. Conway, Esq.

Attorneys for Defendant
*Joie de Vivre Hospitality, Inc.*
*Improperly pleaded as Joie De Vivre, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

JUDD KAROFSKY,

            Plaintiff,

     v.

JOIE DE VIVRE, INC.,

            Defendant.

_____

Case Number: 08 CV 01007 (SCR)

**DISCLOSURE STATEMENT**
**PURSUANT TO FRCP RULE 7.1**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant JOIE DE VIVRE, INC., a private (non-governmental) party, certifies that the following are corporate parents or publicly held corporations which own ten percent or more of JOIE DE VIVRE, INC. stock:    **None**.

Dated: New York, New York
        March 7, 2008

                          LECLAIR RYAN, a Professional Corporation

                          By:  /s/ Michael T. Conway
                              Michael Conway, Esq.
                              950 Third Avenue
                              New York, NY 10022
                              Phone: 212-758-9300
                              Fax: 212-888-0919
                              *Attorneys for Joie de Vivre Hospitality, Inc.*

**CERTIFICATE OF SERVICE**

I, MICHAEL T. CONWAY, certify the following to be true under the penalties of perjury: on March 7, 2008, I served the within DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1 on the parties listed below by depositing one true copy of said paper to the addresses listed below, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

        Daniel M. Tanenbaum, Esq.
        Law Offices of Daniel M. Tanenbaum
        111 Great Neck Road
        Suite 308
        Great Neck, New York 11021

Dated: New York, New York
       March 7, 2008

                                            /s/ Michael T. Conway
                                            Michael T. Conway