

**MEMO ENDORSED**

# LeClairRyan

March 7, 2008

[stamp: MAR 10 2008 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.]

Hon. Stephen C. Robinson
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

    Re:    Judd Karofsky v. Joie de Vivre, Inc.
            Case Number: 08-01007 (SCR); Our File No.: 36488.0073

Dear Judge Robinson:

    We represent Joie de Vivre Hospitality, Inc., improperly sued as "Joie de Vivre, Inc.," in the above-referenced action.

    Enclosed please find "Chamber's Copies" of our client's motion to dismiss (with supporting papers). These documents were electronically filed with the Court earlier today and served on plaintiff's counsel by first class mail today. We have conferred with plaintiff's counsel and, subject to Your Honor's approval, we have agreed to the following briefing schedule: any opposition to the motion will be served by March 28, 2008 and any reply papers will be served by April 4, 2008.

                                  Respectfully,

                                    Michael T. Conway

MTC/nh
Enclosures

cc:    Daniel M. Tanenbaum, Esq.

**APPLICATION GRANTED**

*Stephen C Robinson* 3/13/

HON. STEPHEN C. ROBINSION

E-mail: michael.conway@leclairryan.com         830 Third Avenue, Fifth Floor
Direct Phone: 212.430.8032                                     New York, New York 10022
Direct Fax: 212.430.8062                              Phone: 212.430.8020 \ Fax: 212.430.8079

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM