UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JUDD KAROFSKY,                                       Docket No. 08 CV 1007 (SCR)

        Plaintiff,                              **STIPULATION OF DISMISSAL**

  -against-

JOIE DE VIVRE, INC.,

        Defendants.
-------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all parties who have appeared in this action, that this action is dismissed in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: March 27, 2008

| | |
|---|---|
| LAW OFFICES OF<br>DANIEL M. TANENBAUM | LECLAIRRYAN |
| By: _____<br>Daniel M. Tanenbaum (DT 2858)<br>Attorneys for Plaintiff<br>111 Great Neck Road, Suite 308<br>Great Neck, New York 11021-5402<br>(516) 829-4620 | By: _____<br>Michael Conway<br>Attorneys for Defendant<br>830 Third Avenue, 5th Floor<br>New York, New York 10022<br>(212) 430-8032 |

**SO ORDERED**

Dated:

_____
**United States District Judge**