UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUDD KAROFSKY,                                              Docket No. 08 CV 1007 (SCR)

        Plaintiff,                                      **STIPULATION OF DISMISSAL**

  -against-

JOIE DE VIVRE, INC.,

        Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all parties who have appeared in this action, that this action is dismissed in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: March 27, 2008

LAW OFFICES OF                                              LECLAIRRYAN
DANIEL M. TANENBAUM

By: _____                               By: _____
Daniel M. Tanenbaum (DT 2858)                               Michael Conway
Attorneys for Plaintiff                                     Attorneys for Defendant
111 Great Neck Road, Suite 308                              830 Third Avenue, 5th Floor
Great Neck, New York 11021-5402                             New York, New York 10022
(516) 829-4620                                              (212) 430-8032


**SO ORDERED**

Dated:


_____
**United States District Judge**