UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JUDD KAROFSKY,                                                    Docket No. 08 CV 1007 (SCR)

               Plaintiff,                                **STIPULATION OF DISMISSAL**

   -against-

JOIE DE VIVRE, INC.,

              Defendants.
----------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all parties who have appeared in this action, that this action is dismissed in its entirety <u>without</u> prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: March 27, 2008

| | |
|---|---|
| LAW OFFICES OF<br>DANIEL M. TANENBAUM | LECLAIRRYAN |
| By: _[signature]_<br>Daniel M. Tanenbaum (DT 2858)<br>Attorneys for Plaintiff<br>111 Great Neck Road, Suite 308<br>Great Neck, New York 11021-5402<br>(516) 829-4620 | By: _[signature]_<br>Michael Conway<br>Attorneys for Defendant<br>830 Third Avenue, 5th Floor<br>New York, New York 10022<br>(212) 430-8032 |

*Case Closed*

**SO ORDERED**

Dated: May 27, 2008

_[signature]_
**United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____